UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-21912-CIV-MORENO

DANIEL HARPER, on behalf of himself and
all others similarly situated,

        Plaintiff,

vs.

SHAQUILLE O'NEAL,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR STATUS CONFERENCE

THIS CAUSE came before the Court upon Plaintiff's Motion for Status Conference and Defendant O'Neal's Motion for Clarification of the Court's Order Granting Plaintiff's Extension Motion. The Court DENIES the motion for clarification as moot, in view of the deadlines imposed in this order. The Court GRANTS the request for a status conference, but not until **November 14, 2023** after counsel have the opportunity to comply with these deadlines. Therefore, it is

**ADJUDGED** that the motion for a status conference is GRANTED. The status conference is set for **November 14, 2023 at 2:30 p.m**. Counsel should be ready to discuss any pending motions and proposed scheduling order. The Court also DENIES Defendant's motion to dismiss with leave to refile after Plaintiff files an amended complaint. The Court GRANTS The Harper Group's Lead Plaintiff's motion to amend the complaint, but sets a specific time limit for **noon September 7, 2023**. Defendant O'Neal will have until **noon September 29, 2023** to file a motion to dismiss, and Plaintiff will have until **October 31, 2023** to respond. Defendant may reply no later than **November 4, 2023**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd of August 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record