UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:23-cv-21912-FAM

DANIEL HARPER, et al., on behalf
of themselves and all others similarly
situated,

        Plaintiffs,

vs.

SHAQUILLE O'NEAL, et al.,

        Defendants.
_____/

## MEDIATOR'S REPORT

PLEASE TAKE NOTICE that the above-referenced action was mediated before the undersigned on October 22, 2024, pursuant to the Court's Order Scheduling Mediation dated October 7, 2024 (DE 104).

The Court should take further notice of the following:

(a) all parties and their counsel appeared by Zoom; and

(b) all matters were SETTLED, subject to Court approval (which the parties will seek within 7 days).

        Respectfully submitted,

        s/ Howard A. Tescher
        Howard A. Tescher
        Fla. Bar No. 0509183
        TESCHER MEDIATION GROUP, INC.
        401 E. Las Olas Boulevard, Suite 1400
        Fort Lauderdale, Florida 33301
        (954) 236-9600 Telephone
        e-mail: htescher@teschermediation.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Mediator's Report has been electronically filed on November 7, 2024, using the CM/ECF system.

/s/ Howard A. Tescher
HOWARD A. TESCHER
