UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-21912-CIV-MORENO

DANIEL HARPER, et al., on behalf of himself
and all others similarly situated,

        Plaintiffs,

vs.

SHAQUILLE O'NEAL, ASTRALS LLC,
ASTRALS HOLDING LLC, AND ASTRALS
OPERATIONS LLC,

        Defendants.
_____/

## FINAL JUDGMENT

      Pursuant to the Order Approving Class-Action Settlement, the Court enters judgment in favor of the Plaintiff and against the Defendants consistent with the terms of the parties' agreement. Accordingly it is

      ADJUDGED that all pending motions are DENIED AS MOOT.

      DONE AND ORDERED in Chambers at Miami, Florida, this _10_ of April 2025.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record